## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION,** | * | **CIVIL ACTION NO. 2:19-cv-00855** |
| | * | |
| | * | |
| **Plaintiff,** | * | **CHIEF JUDGE NANNETTE** |
| | * | **JOLIVETTE BROWN** |
| **VERSUS** | * | |
| | * | |
| **THE M/V RAIMY EYMARD, ALONG WITH** | * | **MAGISTRATE JUDGE** |
| **HER ENGINES, BOILERS, APPAREL, ETC.,** | * | **KAREN WELLS ROBY** |
| <u>IN REM,</u> | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** *

## <u>REQUEST TO CLERK TO ENTER DEFAULT</u>

**TO:**   William Blevins, Clerk of Court
United States District Court
Eastern District of Louisiana

PLEASE ENTER DEFAULT pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against the defendants, Offshore Marine Contractors, Inc.; Louis J. Eymard, II; Raimy D. Eymard; and Michael M. Eymard (collectively, "Defendants") on the basis that there has been a failure to plead or otherwise defend the action of plaintiff, Caterpillar Financial Services Corporation ("Plaintiff"), as shown by the record and the Affidavit in Support of Request for Default, attached hereto as Exhibit "1."

The record hereto contains waivers of service executed by Defendants (R. Docs. 13-16) and entered into the record on April 11, 2019, but no appearance has been made on behalf of Defendants.  Additionally, Plaintiff's claim is for a sum certain, as shown by the Affidavit of Amounts Due of attached hereto as Exhibit "2."

Accordingly, Plaintiff respectfully requests that default be entered against Defendants.

Dated: September 25, 2019.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

BY*:*   */s/ Kristen L. Hayes*
     **CHRISTOPHER M. HANNAN (#31765)**
     **BENJAMIN W. JANKE (#31796)**
     **KRISTEN L. HAYES (#36490)**
     201 St. Charles Avenue, Suite 3600
     New Orleans, Louisiana 70170
     Telephone:  (504) 566-5200
     Facsimile:  (504) 636-4000
     E-mail: channan@bakerdonelson.com
     E-mail: bjanke@bakerdonelson.com
     E-mail: klhayes@bakerdonelson.com
     **ATTORNEYS FOR  PLAINTIFF,
     CATERPILLAR FINANCIAL SERVICES
     CORPORATION**

4840-5407-0408v1
2830546-000646 09/25/2019