UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | * * * | CIVIL ACTION NO. 2:19-cv-00855 |
| Plaintiff, | * * | CHIEF   JUDGE   NANNETTE JOLIVETTE BROWN |
| VERSUS | * * | |
| THE M/V RAIMY EYMARD, ALONG WITH HER ENGINES, BOILERS, APPAREL, ETC., IN REM, | * * * | MAGISTRATE JUDGE KAREN WELLS ROBY |
| Defendant. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared

**KRISTEN L. HAYES**

who, after being duly sworn under oath, did depose and say:

1. My name is Kristen L. Hayes, and I am over the age of eighteen and otherwise competent to execute this Affidavit.

2. I am an attorney with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz P.C., located at 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70130.

3. I am enrolled in this matter as counsel for plaintiff, Caterpillar Financial Services Corporation ("Plaintiff").

4. Plaintiff's Complaint was filed on February 4, 2019. *See* R. Doc. 1. On February 5, 2019, summons was issued as to defendants Louis J. Eymard, II, Michael M. Eymard, Raimy D. Eymard, and Offshore Marine Contractors, Inc. ("Defendants"). *See* R. Doc. 5.

4828-7552-2471
2830546-000646

EXHIBIT 1

5. On March 25, 2019, I separately sent requests to each Defendant to waive service of summons.

6. Martin Bohman, counsel for defendant Offshore Marine Contractors, Inc., executed a waiver of service on behalf of Offshore Marine Contractors, Inc. on April 4, 2019, and returned the executed waiver to me. *See* R. Doc. 13.

7. Defendant Michael M. Eymard executed a waiver of service on April 8, 2019, and returned the executed waiver to me. *See* R. Doc. 14.

8. Defendant Raimy D. Eymard executed a waiver of service on an unknown date and returned the executed waiver to me. *See* R. Doc. 15.

9. Defendant Louis J. Eymard III executed a waiver of service on an unknown date and returned the executed waiver to me. *See* R. Doc. 16.

10. I filed Defendants' waivers of service into the record of this matter on April 11, 2019. *See* R. Docs. 13-16.

11. More than 60 days have elapsed since I sent the waivers of service to Defendants on March 25, 2019, and no response or answer has been filed by any of the Defendants.

FURTHER SAYETH AFFIANT NOT.

_____
KRISTEN L. HAYES

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 25th DAY OF SEPTEMBER 2019.

_____
NOTARY PUBLIC

My Commission Expires: On death

BENJAMIN WEST JANKE
NOTARY PUBLIC
Bar # 31796
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

2

4828-7552-2471
2830546-000646

**EXHIBIT 1**