## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION,** | * * * | **CIVIL ACTION NO. 2:19-cv-00855** |
| Plaintiff, | * * | **CHIEF JUDGE NANNETTE JOLIVETTE BROWN** |
| **VERSUS** | * * | |
| **THE M/V RAIMY EYMARD, ALONG WITH HER ENGINES, BOILERS, APPAREL, ETC., IN REM,** | * * * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| Defendant. | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** \*

## ORDER

Considering the foregoing Request for Default filed by plaintiff, Caterpillar Financial Services Corporation,

**IT IS HEREBY ORDERED** that the Request for Default is GRANTED, and that default is hereby entered against defendants, Louis J. Eymard, II, Michael M. Eymard, Raimy D. Eymard, and Offshore Marine Contractors, Inc.

New Orleans, Louisiana, this _____ day of September, 2019.

 

                                                                       William Blevins, Clerk of Court